Order Entered on
June 23, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

William M. Knooihuizen

BANKRUPTCY NO. 10-09114-PB-7

Debtor.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

It appearing from the Court records for the above-entitled Chapter 7 case that the debtor(s) has failed to file or move for an extension of time to file the document(s) identified below and in the Court's *Notice of Missing Schedules(s), Chapter 13 Plan, and/or Related Documents* within the time permitted.

- Schedules and/or Statements
- Certificate of Credit Counseling

Therefor and for good cause showing,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Bankruptcy Local Rule 7041-3.
3. All stays now in effect for this case are vacated.

DATED: June 22, 2010

Judge, United States Bankruptcy Court

**DUE WITHIN 14 DAYS OF FILING**
as governed by Fed. R. Bankr. P 1007(a)(5), (b) and (c),
3015(b), Interim Fed. R. Bankr. P. 1007(b)(1) and (3)
and/or General Order 162.

CSD 1241